# Court of Appeals
# of the State of Georgia

ATLANTA, October 13, 2021

*The Court of Appeals hereby passes the following order*

## A22D0060. TONY THOMPSON v. THE STATE BOARD OF PARDONS AND PAROLE ET AL.

   Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2021NH2CR



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, October 13, 2021.*

   *I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*